FILED
United States Court of Appeals
Tenth Circuit

July 2, 2012

Elisabeth A. Shumaker
Clerk of Court

**PUBLISH**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellant,

v.

RICK GLEN STRANDLOF, a/k/a Rick
Duncan,

        Defendant -
Appellee._____

THE AMERICAN LEGION;
CHRISTOPHER GUZELIAN,

        Amici Curiae.

No. 10-1358
(D.C. No. 1:09-CR-00497-REB-1)
(D. Colo.)

_____

**ORDER**
_____

Before **TYMKOVICH**, **BALDOCK**, and **HOLMES**, Circuit Judges.
_____

This matter is before the court following receipt of the appellant's status report,

and in light of the United States Supreme Court's decision in *United States v. Alvarez*,

567 U.S.___, (2012)(No. 11-210). In light of that decision, we vacate both the opinion

and the judgment issued on January 27, 2012. The July 16, 2010 order of the district

court dismissing the amended information and charges against Mr. Strandlof is affirmed.

*See United States v. Strandlof*, 746 F. Supp. 2d 1183 (D. Colo. 2010). On February 2,

2012, we issued an order staying issuance of the mandate.  We now lift that stay, and issue this order as the mandate of the court.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk